UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nisar Ahmed (A96 519 823) )<br>)<br>Plaintiffs, )<br>)<br>V. )<br>Andrea Quarantillo )<br>District Director, USCIS )<br>New York, New York )<br>)<br>Defendant. )<br>_____) | JUDGE SULLIVAN<br><br>07 CV 10544<br><br>RECEIVED<br>NOV 23 2007<br>U.S.D.C. S.D.N.Y.<br>CASHIERS |

<u>COMPLAINT FOR MANDAMUS</u>

TO THE HONORABLE JUDGES OF SAID COURT:

Plaintiff by his attorneys Wilens & Baker, P.C., for Lawful Permanent Residence claim for relief states as follows:

### INTRODUCTION

1. This is a civil action brought pursuant to 28 U.S.C. §1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiffs, by whom statutes jurisdiction is conferred, to compel Defendant to perform a duty Defendant owes to Plaintiffs. Jurisdiction is also conferred by 5 U.S.C. §555 and 701 et seq, the Administrative Procedures Act, by unlawfully withholding or unreasonably delaying action on Plaintiffs' application and has failed to carry out the adjudicative functions delegated to him by law with regard to Plaintiffs' case.

2. This action is brought to compel Defendant and those acting under her to rule upon the application and petition filed by the Plaintiff.

### PARTIES

3. PLAINTIFFS are a citizen of Pakistan. He currently resides at 3861 Bailey Avenue, Bronx, NY 10463.

4. DEFENDANT, Andrea Quarantillo, is the District Director of Citizenship and Immigration Services for the District of New York, and is charged by

law with the statutory obligation to adjudicate Adjustment of Status applications.

## FACTS

5. Plaintiff filed an application for adjustment of status on or about May 6, 2005.

6. On February 16, 2006 Plaintiff was interviewed by Defendant's agent. Plaintiff has never received adjudication of his application.

7. The normal and customary period prescribed by Defendant for adjudicating applications such as Plaintiffs in this District has long passed.

8. Defendant is admittedly inundated with applications such as Plaintiffs and has limited adjudication officers to adjudicate these applications.

9. This volume of cases is also why Defendant has established its own internal procedures to be able to adjudicate applications in a timely manner.

## CLAIMS

10. Defendant willfully, and unreasonably has delayed in and has refused to, adjudicate the application of Plaintiff, thereby depriving Plaintiff of his statutory right to lawful permanent residence.

11. Defendant owes Plaintiff the legal obligation to adjudicate the application within a reasonable time and has unreasonably failed to perform that duty.

12. Defendant's failure to adjudicate Plaintiff's application has the effect of placing plaintiff in a status where he may be subject to Removal (Deportation) Proceedings; where his current status restricts his employment opportunities because of the uncertainty of his application and therefore is a direct financial detriment; where Plaintiff's current status requires him to pay a yearly fee Defendant to renew his authorization to work in the United States and is another financial detriment; where this delay has the effect of also delaying when he is eligible to apply for Naturalization.

13. Individuals with pending adjustment applications, such as Plaintiff, may also be restricted in their ability to travel outside of the United States, even with Defendant's grant of advance parole, due to recent legislation which would bar them from receiving their legal resident status due to their unlawful presence in the United Status.

14. Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff prays that the Court:

(1) Compel Defendant and those acting under her to perform their duty and adjudicate the application;

(2) Grant such other and further relief as to this Court seems proper under the circumstances; and

(3) Grant attorney's fees and costs of court.

        Respectfully submitted,
        By: Spiro Serras, Esq.

        (ID# SS 9232)

        WILENS & BAKER, PC
        Attorneys for Plaintiffs
        450 Seventh Avenue
        New York, NY 10123
        212-695-0060

Dated: November 14, 2007