UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
NISAR AHMED,

                Plaintiff,             **ECF CASE**

    v.

                                  07 Civ. 10544 (RJS)

ANDREA QUARANTILLO,

                Defendant.       NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         December 10, 2007

                                                          Respectfully submitted,

                                                            MICHAEL J. GARCIA
                                                             United States Attorney for the
                                                             Southern District of New York

                                       By:    /s/_____
                                                             NATASHA OELTJEN
                                                              Assistant United States Attorney
                                                              86 Chambers Street, 3rd Floor
                                                              New York, New York 10007
                                                              Telephone: (212) 637-2769
                                                              Facsimile: (212) 637-2786
                                                              Email: natalia.oeltjen@usdoj.gov

TO:    Spiro Serras, Esq.
         450 Seventh Avenue
         New York, NY 10123