**ORIGINAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NISAR AHMED,

                Plaintiff,

- against -

ANDREA QUARANTILLO,

                Defendant.

Dkt. No. 07 Civ. 10544 (RJS)

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time period for the Defendant to answer, move, or otherwise respond to the above-captioned complaint be extended for 60 days, until March 24, 2008.

| | |
|---|---|
| New York, New York<br>January 22, 2008 | New York, New York<br>January 22, 2008 |
| WILENS & BAKER, PC<br>Attorneys for Petitioner | MICHAEL J. GARCIA<br>United States Attorney for the<br>Southern District of New York<br>Attorney for Respondent |
| *(signature)*<br>Spiro Serras, Esq.<br>450 Seventh Avenue<br>New York, New York 10123<br>Tel. (212) 695-0060<br>Fax (212) 643-0237 | *(signature)*<br>Natasha Oeltjen, Esq.<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel. (212) 637-2769<br>Fax (212) 637-2786 |

SO ORDERED:

*(signature)*  1/23/08
Hon. Richard J. Sullivan
United States District Judge

-- page 1 of 1 --

A96-519-823