UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3/25/08

NISAR AHMED,

                Petitioner,

- against -

ANDREA QUARANTILLO, District Director,
USCIS, New York, New York,

                Respondent.

Docket No. 07 Civ. 10544 (RJS)
A96-519-823

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
March 21, 2008

WILENS & BAKER, P.C.
Attorneys for Petitioner

_/s/ Spiro Serras_
Spiro Serras, Esq.
450 Seventh Avenue
New York, New York 10123
Tel. (212) 695-0060
Fax (212) 643-0237

New York, New York
March 21, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_/s/ Natasha Oeltjen_
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2769
Fax (212) 637-2786

SO ORDERED
_/s/ Richard J. Sullivan_
Hon. Richard J. Sullivan
United States District Judge
3/25/08